**STATE OF KANSAS**
**DEPARTMENT OF INSURANCE**

# COMMISSIONER'S PROOF OF SERVICE

Phillip Gilligan

Plaintiff

VS.

Life Insurance Company
of North America
Defendant

Case No. 2:18-cv-02279

United States District Court
District of Kansas
Kansas City, Kansas

Received

JUN 0 6 2018

Burnett & Driskill

I, Ken Selzer, Commissioner of Insurance, do hereby certify that on June 4, 2018, I received the Summons in a Civil Action and Complaint in the above captioned case.

Pursuant to K.S.A. 40-218, a copy thereof was forwarded by certified mail, return receipt requested to:

Life Insurance Company
of North America
Attn: Eugene Thomas Diebold
Two Liberty Place
1601 Chestnut Street, TL18A
Philadelphia, PA 19192

DISPOSITION: Clerk is to indicate final disposition on second copy and forward same to: KANSAS COMMISSIONER OF INSURANCE, 420 S.W. NINTH STREET, TOPEKA, KANSAS, 66612-1678.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at the City of Topeka, this 4th day of June, 2018.

Ken Selzer

Commissioner of Insurance