IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PHILLIP GILLIGAN           )
    Plaintiff,           )
                               )
v.                                 )   Case No. 2:18-CV-02279
                               )
LIFE INSURANCE COMPANY     )
OF NORTH AMERICA           )
    Defendant.           )

### Notice of Settlement

The parties have reached an agreement to settle this case that will result in voluntary dismissal of the case with prejudice. The parties need a couple weeks to finalize the settlement, but they anticipate that the case will be closed within that timeframe.

    Respectfully submitted,
    STINSON LEONARD STREET LLP

    By s/William E. Hanna
      William E. Hanna, KS #14480
      Christopher J. Leopold, KS # 19638
      1201 Walnut Street, Suite 2900
      Kansas City, MO 64106
      816.842.8600 ||816.691.3495 [F]
      william.hanna@stinson.com
      chris.leopold@stinson.com

    ATTORNEYS FOR DEFENDANTS

### Certificate of Service

On July 13, 2018, a copy of the above and foregoing was filed with the Court's ECF system, with service electronically thereby on the following: Tylor B. Whitham, BurnettDriskill, Attorney for Plaintiff.

    s/William E. Hanna
    Attorney for Defendant

141334506